UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:26-cv-03555-DDD-CYC

NICHOLAS GREEN,
JAMES “SCOTT” DOUGLAS, and
JOSEPH GOAD, on behalf of themselves and all others similarly situated,

Plaintiffs,

v.

VAIL RESORTS, INC.;
ALTERRA MOUNTAIN COMPANY;
BOYNE USA, INC. d/b/a BOYNE RESORTS;
POWDR CORP.;
RRC ASSOCIATES, INC.; and
NATIONAL SKI AREAS ASSOCIATION,

Defendants.

---

**NOTICE OF RELATED CASE**

---

Pursuant to Local Civil Rule 3.2, Defendant Alterra Mountain Company hereby identifies the following case as having related facts and at least one party in common with the above-captioned matter:

1. United States District Court for the District of Colorado. *Landin Goloja, et al. v. Vail Resorts, Inc., et al.* Case No. 1:26-cv-01191-RMR-SBP.

Dated: August 27, 2026.

Respectfully submitted,

*s/ Kathryn A. Reilly*

Kathryn A. Reilly
Michael Baker
Michael R. Krantz
Kendra Sendler Kumor
**Wheeler Trigg O'Donnell LLP**
370 Seventeenth Street, Suite 4500
Denver, CO 80202
Telephone: 303.244.1800
Facsimile: 303.244.1879
Email: reilly@wtotrial.com
mbaker@wtotrial.com
krantz@wtotrial.com
kumor@wtotrial.com

Craig C. Martin
Matt D. Basil
**Willkie Farr & Gallagher LLP**
300 North LaSalle Dr.
Chicago, IL 60654-3406
Telephone: 312.728.9000
Email: CMartin@willkie.com
MBasil@willkie.com

Katrina Robson
**Willkie Farr & Gallagher LLP**
1875 K Street, N.W.
Washington, D.C. 20006-1238
Telephone: 202.303.1096
Email: KRobson@willkie.com

***Attorneys for Defendant Alterra Mountain Company***

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on August 27, 2026, I electronically filed the foregoing NOTICE OF RELATED CASE with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record.

*s/ Claudia L. Jones*