**UNITED STATES DISTRICT COURT**

**DISTRICT OF COLORADO**

NICHOLAS GREEN, JAMES "SCOTT" DOUGLAS, and JOSEPH GOAD, on behalf of themselves and all other similarly situated,

Plaintiffs,

v.

VAIL RESORTS, INC., ALTERRA MOUNTAIN COMPANY, BOYNE USA, INC. d/b/a BOYNE RESORTS, POWDR CORP, RRC ASSOCIATES, INC., and NATIONAL SKI AREAS ASSOCIATION,

Defendants.

Case No. 1:26-cv-03555

Hon. Regina M. Rodriguez

# Corporate Disclosure Statement

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Boyne USA, Inc. d/b/a Boyne Resorts ("Boyne") submits this Corporate Disclosure Statement.

Boyne, a Michigan corporation, is not publicly traded. Boyne does not have a parent corporation. No publicly held corporation owns 10% or more of the stock of Boyne.

Date: August 31, 2026

By: *s/ Amy E. Murphy*

Amy E. Murphy (MI P82369)
MILLER JOHNSON
45 Ottawa Ave SW, Suite 1100
Grand Rapids, MI 49503
(616) 831-1700
murphya@millerjohnson.com

Jeffrey A. Turner (MI P85291)
MILLER JOHNSON
500 Woodward Avenue, Suite 3600
Detroit, MI 48226
(313) 672-6950
turnerj@millerjohnson.com

***Attorneys for Defendant Boyne***

**CERTIFICATE OF SERVICE**

I hereby certify that on this 31st day of August, 2026 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

By: *s/ Amy E. Murphy*